IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| USA, | ) | |
| | ) | |
| Plaintiff, | ) | 4:05cr3021 |
| | ) | |
| v. | ) | |
| | ) | |
| BRENT R. GATES, | ) | ORDER |
| | ) | |
| Defendant. | ) | |

The Clerk's Office has requested that Document Number 24 be stricken from the record for the following reason(s):

- No electronic file stamp attached.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 24 from the record. The document has been re-filed.

DATED this 9th day of August, 2005.

BY THE COURT:

s/ *David L. Piester*

David L. Piester
United States Magistrate Judge